UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

NERON DOZIER,

                **Plaintiff,**

        vs.                                9:05-CV-0127

SGT. C.O. CHAPMAN, ET AL,

                **Defendants.**
_____

**APPEARANCES:**                             **OF COUNSEL:**

Neron Dozier
01-A-3845
Auburn Correctional Facility
P.O. Box 618
Auburn, NY 13021
Plaintiff, *Pro se*

Hon. Andrew M. Cuomo                  Heather R. Rubinstein, Esq.
Attorney General of the State of New York   Assistant Attorney General
The Capitol
Albany, New York 12224
Attorney for Defendants

**Norman A. Mordue, Chief U.S. District Judge**

## ORDER

     The above matter comes to me following a Report-Recommendation by Magistrate Judge Randolph F. Treece, duly filed on the 1st day of September, 2009. Following ten days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

     After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

ORDERED that:

1. The Report-Recommendation is hereby adopted in its entirety.

2. Defendants' Motion for Judgment (Dkt. No. 62) is granted in part and denied in part.

3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

Dated: September 21, 2009
Syracuse, New York

Norman A. Mordue
Chief United States District Court Judge